STATE of Missouri, Respondent,

v.

Robert B.V. KERNES, Appellant.

No. WD 69924.

Missouri Court of Appeals,
Western District.

Dec. 15, 2009.

John W. Grantham, for Respondent.

Matthew Ward, for Appellant.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

### ORDER

PER CURIAM:

Robert Kernes appeals his conviction of stealing a motor vehicle, section 570.030, RSMo Cum.Supp.2009, and sentence of three years imprisonment. He contends that insufficient evidence was presented to support the conviction and that the trial court plainly erred in admitting evidence of uncharged crimes. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The conviction is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Dominique D. TUSA, Appellant.

No. WD 70193.

Missouri Court of Appeals,
Western District.

Dec. 15, 2009.

Laura Martin, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge, and JAMES E. WELSH, Judge.

### ORDER

PER CURIAM:

Dominique Tusa appeals his conviction on two counts of first degree assault, under § 565.050, and two counts of armed criminal action, under § 571.015. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties. Judgment affirmed. Rule 30.25(b).